### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

CLOSED

United States of America

v.

Eduardo Quintero-Santos

Citizen of Mexico

USM#: 60802008          DOB: 1960

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

### No. 07-10882-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A29 215 916

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/26/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted          **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10882-001M-SD**                                                              *Page 2 of 2*
*USA vs. Eduardo Quintero-Santos*

Date of Imposition of Sentence:  **Wednesday, December 26, 2007**

_____ Date 12/26/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____     By:_____
United States Marshal                              Deputy Marshal
07-10882-001M-SD -

DATE: __12/26/2007__       CASE NUMBER: __07-10882-001M__-SD

**PLEA/SENTENCING MINUTES**
USA vs. __Eduardo Quintero-Santos__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____   INTERPRETER REQ'D __Ricardo Gonzalez__
                                          LANGUAGE: __Spanish__
Attorney for Defendant __Lorna Spencer (AFPD)__

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA __12/23/2007__        ☒ Complaint Filed        ☒ Appointment of counsel hearing held
☐   Financial Afdvt taken    ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒   Initial Appearance

**DETENTION HEARING**:        ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING**:        ☒ Held ☐ Cont'd ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed _____   ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts __THREE__
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __THREE__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE/TWO__
☒        ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM
SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of __6 Months__   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__        ☐ Fine $_____ ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Eduardo QUINTERO-Santos
Citizen of Mexico
YOB: 1960
A29 215 916
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10882-M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about December 08, 2007, Defendant Eduardo QUINTERO-Santos was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about December 23, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about December 23, 2007, within the Southern District of California, Defendant Eduardo QUINTERO-Santos, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on June 5, 1995 (Felony).

### COUNT III

That on or about December 23, 2007, within the Southern District of California, Defendant Eduardo QUINTERO-Santos, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.     ☒ Yes   ☐ No

Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 26, 2007                              at                    Yuma, Arizona
Date                                                         City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                             Signature of Judicial Officer

**Defendant:**                    Eduardo QUINTERO-Santos

**Dependents:**                   None

**IMMIGRATION HISTORY:**          The Defendant was last removed through San Ysidro, California on December 08, 2007 and has been apprehended on 5 occasions and formally removed on 4 of those occasions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/01/83 | Los Angeles, CA | Recv. Known Stolen Prop. | 45 Days Susp., 12 Months Prob. |
| 12/12/86 | Los Angeles, CA | Poss. Marij./ Has for Sale | Probation Revoked |
| 11/24/89 | Los Angeles, CA | Robbery 2nd Degree | Probation Revoked |
| 10/15/90 | Los Angeles, CA | Trans. Sell Narc. Cont. Sub. | 3 Years Prison |
| 06/05/95 | Yuma, AZ | Re-Entry after Deportation | 24 Months Prison |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on December 23, 2007.

Charges:     8 USC§1326          (Felony)
             8 USC§1325          (Felony)
             8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____December 26, 2007_____          _____
Date                                      Signature of Judicial Officer

*I, Senior Patrol Agent Nicholas Kingston, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| **Defendant:** | Eduardo QUINTERO-Santos |
| **Dependents:** | None |

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on December 8, 2007. The defendant has been apprehended on 5 separate occasions and has been formally removed from the United States on 4 of those occasions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/01/83 | Los Angeles, CA | Recv. Known Stolen Prop. | 45 Days Susp., 12 Months Prob. |
| 12/12/86 | Los Angeles, CA | Poss. Marij./ Has for Sale | Probation Revoked |
| 11/24/89 | Los Angeles, CA | Robbery 2nd Degree | Probation Revoked |
| 10/15/90 | Los Angeles, CA | Trans. Sell Narc. Cont. Sub. | 3 Years Prison |
| 06/05/95 | Yuma, AZ | Re-Entry after Deportation | 24 Months Prison |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on December 23, 2007.

*Executed on: December 24, 2007*          *Time: 7:47 AM*

*Signed:* Nkingston          *Senior Patrol Agent*

### Finding of Probable Cause

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page, I find probable cause to believe that the defendant named therein committed the offense(s) on December 23, 2007 in violation of Title 8, United States Code, Sections 1326 and 1325.*

*Finding made on: Date* December 24, 2007     *Time* 9:22 pm

*Signed:* _____ *United States Magistrate Judge*